| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Thinh Van Doan**<br>**T. Doan & Associates**<br>**15751 Brookhurst St., Suite 221**<br>**Westminster, CA 92683**<br>**714-775-5702**<br>**152589**<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>  HAI V. DOAN<br>  LE-HOA T. LE<br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: **13**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other: **Disclosure of Compensation of Attorney for Debtor** — Date Filed: **1-6-2011**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

**/s/ HAI V. DOAN**                                1-6-2011
Signature of Signing Party                Date
**HAI V. DOAN**
Printed Name of Signing Party

**/s/ LE-HOA T. LE**                              1-6-2011
Signature of Joint Debtor                Date
**LE-HOA T. LE**
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

**/s/ Thinh Van Doan**                        1-6-2011
Signature of Attorney for Signing Party        Date
**Thinh Van Doan 152589**
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re  HAI V. DOAN,
       LE-HOA T. LE

Case No. __8:10-bk-26158__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx9839<br><br>BMW BANK OF NORTH AMERICA<br>P.O. Box 78066<br>Phoenix, AZ 85062 | X | C | 2007<br><br>Statutory Lien<br><br>2006 BMW 330I<br><br>Value $ 20,555.00 | | | | 20,555.00 | 9,255.00 |
| Account No. xxxxxxx773-4<br><br>Citi Mortgage<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | C | 09/01/2010<br><br>Fix rate loan<br><br>Real property located at 7800 La Fiesta Dr., Buena Park, CA 90620<br><br>Value $ 371,000.00 | | | | 371,832.82 | 832.82 |
| Account No. xxxxxxx433-5<br><br>Citi Mortgage<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | | C | 02/09/2008<br><br>Second Mortgage<br><br>2nd Mortgage on Real property located at 7800 La Fiesta Dr., Buena Park, CA 90620<br><br>Value $ 0.00 | | | X | 183,371.32 | 183,371.32 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

___0___ continuation sheets attached

Subtotal (Total of this page)  **575,759.14**  **193,459.14**

Total (Report on Summary of Schedules)  **575,759.14**  **193,459.14**

In re   HAI V. DOAN,
        LE-HOA T. LE
                                                                    Case No. __8:10-bk-26158__
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxx9 9-72**<br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | H | 02/05/2010<br>credit purchases | | X | | 5,542.39 |
| Account No. **xxxx xxxx xxxx 5963**<br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | 04/08/2010<br>credit purchases | | X | | 8,810.54 |
| Account No. **xxxx xxxx xxxx 9318**<br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | H | 04/21/2010<br>credit purchases | | X | | 2,112.72 |
| Account No. **xxxxxxxxxx5036**<br><br>**Bank of America**<br>**c/o Penncro Associates, Inc.**<br>**95 James Way, Suite 113**<br>**Southampton, PA 18966-9998** | | W | 04/08/2010<br>credit purchases | | X | | 25,700.46 |

__3__ continuation sheets attached

Subtotal (Total of this page)   42,166.11

B6F (Official Form 6F) (12/07) - Cont.

In re   HAI V. DOAN,  
      LE-HOA T. LE  
                     Debtors

Case No. __8:10-bk-26158__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 4500<br><br>Bankcard Services<br>P.O. Box 84005<br>Columbus, GA 31908-4005 | | W | 07/14/2010<br>credit purchases | | X | | 1,120.26 |
| Account No. xxxx xxxx xxxx 2174<br><br>Capital One<br>c/o LRL<br>P.O. Box 84060<br>San Diego, CA 92138-4060 | | H | 04/10/2010<br>credit purchases | | X | | 10,529.99 |
| Account No. xxxx xxxx xxxx 8365<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | W | 05/12/2010<br>credit purchases | | X | | 1,497.28 |
| Account No. xxxx xxxx xxxx 3766<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | H | 04/19/2010<br>credit purchases | | X | | 10,945.74 |
| Account No. xxxx xxxx xxxx 5847<br><br>Chase<br>P.O. Box 94012<br>Palatine, IL 60094-4012 | | H | 01/09/2010<br>credit purchases | | X | | 1,504.13 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    25,597.40

In re  HAI V. DOAN,
       LE-HOA T. LE
                                                                Case No.  __8:10-bk-26158__
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 6715<br><br>Citi<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | H | 04/19/2010<br>credit purchases | | X | | 6,022.65 |
| Account No. xxxx xxxx xxxx 2125<br><br>Citi<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | H | 04/07/2010<br>credit purchases | | X | | 3,905.40 |
| Account No. xxxx xxxx xxxx 8123<br><br>Citi Card<br>Processing Center<br>Des Moines, IA 50363 | | W | 04/21/2010<br>credit purchases | | X | | 5,643.48 |
| Account No. xxxxx8902<br><br>DirectTV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | | C | 03/28/2010<br>TV Services | | | | 439.44 |
| Account No. xxxxxxx2010<br><br>DMV<br>P.O. Box 419001<br>Rancho Cordova, CA 95741-9001 | | C | 02/08/2010<br>DMV Registration fee on a repossed car | | | | 556.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,566.97

In re  HAI V. DOAN,
       LE-HOA T. LE
_____,
                    Debtors

Case No.  __8:10-bk-26158__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 6755<br><br>HSBC Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | | W | 04/08/2010<br>credit purchases | | X | | 3,966.56 |
| Account No. xxxx xxxx xxxx xxx1 655<br><br>HSBC/ Best Buy<br>P.O. Box 98734<br>Las Vegas, NV 89193-8734 | | H | 04/05/2010<br>credit purchases | | X | | 805.00 |
| Account No. xxx0100<br><br>Kinecta Fed Credit Union<br>1440 Rosecrans Ave<br>Manhattan Beach, CA 90266 | | C | 2010<br>deficiency on repossesed car | | | | 13,943.00 |
| Account No. xxxx xxxx xxxx 1608<br><br>Sears/Citi<br>P,O Box 6286<br>Sioux Falls, SD 57117 | | H | 04/05/2010<br>credit purchases | | X | | 5,504.84 |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **24,219.40**

Total
(Report on Summary of Schedules)  **108,549.88**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re
HAI V. DOAN
LE-HOA T. LE

Debtor.

Case No.: 8:10-bk-26158

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $ 4,000.00
   Prior to the filing of this statement I have received ....................................... $ 4,000.00
   Balance Due ................................................................................................... $ 0.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 6, 2011
Date

/s/ Thinh Van Doan
Thinh Van Doan 152589
Signature of Attorney
DOAN & ASSOCIATES
Name of Law Firm
15751 Brookhurst St., Suite 221
Westminster, CA 92683
714-775-5701  Fax: 714-845-9268

| In re: | |
|---|---|
| HAI V. DOAN<br>LE-HOA T. LE | CHAPTER: 13 |
| | CASE NUMBER: 8:10-bk-26158 |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**15751 Brookhurst # 221, Westminster, CA 92683**

A true and correct copy of the foregoing document described as

Amendments to the petition, statement of affairs, schedules or lists, Disclosure of Compensation of Attorney for Debtor
,
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12-21-10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Patti H Bass    ecf@bass-associates.com

Amrane (SA) Cohen (TR)    efile@ch13ac.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1-6-2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-6-2011 | **THINH DOAN** | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**9013-3.1.PROOF.SERVICE**
Best Case Bankruptcy

HAI V. DOAN
7800 La Fiesta Dr.
Buena Park, CA 90620


LE-HOA T. LE
7800 La Fiesta Dr.
Buena Park, CA 90620


Thinh Van Doan
DOAN & ASSOCIATES
15751 Brookhurst St., Suite 221
Westminster, CA 92683


American Coradius International, LL
2420 Sweet Home Rd., Suite 150
Buffalo, NY 14228-2244


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bankcard Services
P.O. Box 84005
Columbus, GA 31908-4005


BMW BANK OF NORTH AMERICA
P.O. Box 78066
Phoenix, AZ 85062


Capital One
c/o LRL
P.O. Box 84060
San Diego, CA 92138-4060

Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Citi
P.O. Box 6000
The Lakes, NV 89163-6000


Citi Card
Processing Center
Des Moines, IA 50363


Citi Mortgage
P.O. Box 6006
The Lakes, NV 88901-6006


DirectTV
P.O. Box 78626
Phoenix, AZ 85062-8626


DMV
P.O. Box 419001
Rancho Cordova, CA 95741-9001


HSBC Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521


HSBC/ Best Buy
P.O. Box 98734
Las Vegas, NV 89193-8734

HUY DOAN
7800 LA FIESTA DR
Buena Park, CA 90620


Kinecta Fed Credit Union
1440 Rosecrans Ave
Manhattan Beach, CA 90266


Sears/Citi
P,O Box 6286
Sioux Falls, SD 57117